# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50257 | **DATE** | 10/20/2010 |
| **CASE TITLE** | SEIPLER vs. CUNDIFF | | |

**DOCKET ENTRY TEXT:**

Discovery/motion hearing held. Plaintiff's emergency motion to compel depositions of witnesses, to produce discovery documents and to extend the discovery deadline is granted in part and denied in part. Fact discovery closed December 15, 2010. Dispositive motions due February 1, 2011. Discovery hearing set for November 19, 2010 at 2:00 pm.

■[ For further details see text below.]  Docketing to mail notices.

00:20

## STATEMENT

1. That portion of Plaintiff's motion to compel seeking the production of a deposition witness to testify about Defendant Sheriff Nygren's use of a seven-point start campaign logo is denied.

2. As to the portion of Plaintiff's motion to compel seeking the production of a deposition witness to testify about traffic tickets allegedly missing after Plaintiff's review of prior discovery, the parties are to submit a stipulation, or if they cannot agree to one, Defendants are to submit within 7 days a response indicating to the court the process as to the maintenance and/or disposal policy for voided tickets.

3. As to the portion of Plaintiff's motion to compel seeking the production of a deposition witness to testify about the author of the "Anti-Woodstock Advocate" blog, the court finds that the time for Defendants to comply with Plaintiff's request has not expired, and therefore takes this portion of the motion under advisement.

4. Defendants are to produce the complete file related to the entirety of the internal investigation of Plaintiff, including transcripts or records from Plaintiff's second interview referenced in open court, or otherwise submit to the court an affidavit stating that such information does not exist and why it is unavailable, within 10 days.

5. Defendants are to produce copies of the tickets tagged by Plaintiff during discovery within 7 days.

6. Defendants are to produce the names of witnesses to testify regarding the discovery allowed by the court pursuant to Plaintiff's motion for a rule to show cause [103] within 7 days.

7. Plaintiff's motion to compel as to the photographs corresponding to the arrests is denied as to arrests made by Officer Falb and granted as to arrests made by Officer Bruketta.

8. As to Plaintiff's motion to compel the photographs corresponding to the tickets issued by Officer Falb and Officer Bruketta, the motion is taken under advisement and Defendants are to submit an affidavit to the court within 7 days explaining the burden of producing the information.

| | Courtroom Deputy Initials: | GG |
|---|---|---|