# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| ZANE SEIPLER, | |
| Plaintiff, | |
| v. | Judge Kapala<br>Magistrate Judge Mahoney |
| CAPTAIN ANTON CUNDIFF,<br>LIEUTENANT JOHN MILLER #1431,<br>LIEUTENANT WILLIAM LUTZ,<br>SERGEANT POPOVITS, KATHLEEN<br>SIETH, KEITH NYGREN, individually and in<br>his official capacity as SHERIFF OF<br>MCHENRY COUNTY, and the COUNTY OF<br>MCHENRY, | No. 08-cv-50257 |
| Defendants. | |

## NOTICE OF DEPOSITION

To:     Elizabeth Barton
        Sara Cliff
        550 E Devon Ave.,
        Suite 150
        Itasca, Il 60143
        Fax: 630-773-0980

### DEPOSITION SCHEDULE

| Deponent | Date | Time |
|---|---|---|
| OFFICER JEREMY BRUKETTA | NOVEMBER 9, 2010 | 1:00 p.m. |
| OFFICER CHRISTOPHER JONES | NOVEMBER 10, 2010 | 9:00 a.m. |
| OFFICER ERIN FALB | NOVEMBER 10, 2010 | 1:00 p.m. |

You are hereby notified that the undersigned or another attorney at The Blake Horwitz Law Firm, Ltd. will take the deposition of the above named deponent before a notary public or any other duly authorized officer in the City of Chicago on the above referenced dates.

Location of Deposition: 20 South Clark Street, Suite 500, Chicago, Illinois, 60603.

You are hereby further notified pursuant to the Federal Rules of Civil Procedure you are required to have present at the date, time and place stated, the said Deponent for oral examination for the purpose of discovery.

Respectfully submitted,

_____
Uma Bansal
Attorney for the Plaintiff

**THE BLAKE HORWITZ LAW FIRM, LTD.**
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

ZANE SEIPLER,

      Plaintiff,

      v.

CAPTAIN ANTON CUNDIFF,
LIEUTENANT JOHN MILLER #1431,
LIEUTENANT WILLIAM LUTZ,
SERGEANT POPOVITS, KATHLEEN
SIETH, KEITH NYGREN, individually and in
his official capacity as SHERIFF OF
MCHENRY COUNTY, and the COUNTY OF
MCHENRY,

      Defendants.

Judge Kapala
Magistrate Judge Mahoney

No. 08-cv-50257

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 12, 2010, I served Plaintiff's Notice of Deposition by submitting by Facsimile and Email to the following individuals, at the following addresses:

To:    Elizabeth Barton
       Sara Cliff
       550 E Devon Ave.,
       Suite 150
       Itasca, Il 60143

                                    Uma Bansal
                                      Attorney for the Plaintiff

**THE BLAKE HORWITZ LAW FIRM, LTD.**
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| ZANE SEIPLER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAPTAIN ANTON CUNDIFF,<br>LIEUTENANT JOHN MILLER #1431,<br>LIEUTENANT WILLIAM LUTZ,<br>SERGEANT POPOVITS, KATHLEEN<br>SIETH, KEITH NYGREN, individually and in<br>his official capacity as SHERIFF OF<br>MCHENRY COUNTY, and the COUNTY OF<br>MCHENRY,<br><br>    Defendants. | | Judge Kapala<br>Magistrate Judge Mahoney<br><br><br>No. 08-cv-50257 |

### NOTICE OF DEPOSITION

To:    Elizabeth Barton
       Sara Cliff
       550 E Devon Ave.,
       Suite 150
       Itasca, Il 60143
       Fax: 630-773-0980

### DEPOSITION SCHEDULE

| Deponent | Date | Time |
|---|---|---|
| OFFICER GREGORY PYLE | November 14, 2010 | 1:00 p.m. |

You are hereby notified that the undersigned or another attorney at The Blake Horwitz Law Firm, Ltd. will take the deposition of the above named deponent before a notary public or any other duly authorized officer in the City of Chicago on the above referenced dates.

Location of Deposition: 20 South Clark Street, Suite 500, Chicago, Illinois, 60603.

You are hereby further notified pursuant to the Federal Rules of Civil Procedure you are required to have present at the date, time and place stated, the said Deponent for oral examination for the purpose of discovery.

Respectfully submitted,

/s Blake Horwitz

_____
Attorney for the Plaintiff

**THE BLAKE HORWITZ LAW FIRM, LTD.**
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

ZANE SEIPLER,

Plaintiff,

v.

CAPTAIN ANTON CUNDIFF,
LIEUTENANT JOHN MILLER #1431,
LIEUTENANT WILLIAM LUTZ,
SERGEANT POPOVITS, KATHLEEN
SIETH, KEITH NYGREN, individually and in
his official capacity as SHERIFF OF
MCHENRY COUNTY, and the COUNTY OF
MCHENRY,

     Defendants.

Judge Kapala
Magistrate Judge Mahoney

No. 08-cv-50257

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on October 12, 2010, I served Plaintiff's Notice
of Deposition by submitting by Facsimile and Email to the following individuals, at the
following addresses:

To:    Elizabeth Barton
        Sara Cliff
        550 E Devon Ave.,
        Suite 150
        Itasca, Il 60143

                Uma Bansal
                Attorney for the Plaintiff

**THE BLAKE HORWITZ LAW FIRM, LTD.**
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone: (312) 676-2100
Fax: (312) 372-7076