# Exhibit B

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 09 C 50154 |
|---|---|
| Jerome Pavlin & Carla Pavlin v. McHenry County, et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Jeremy Bruketta, Kyle Mandernack, Trevor Vogel, Christopher Jones, Ryan Lambert, Greg Pyle and David Shepherd

| | |
|---|---|
| NAME (Type or print)<br>Stephen E. Balogh | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stephen E. Balogh | |
| FIRM<br>WilliamsMcCarthy LLP | |
| STREET ADDRESS<br>120 West State Street, Suite 400 | |
| CITY/STATE/ZIP<br>Rockford, IL 61101 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196720 | TELEPHONE NUMBER<br>815/987-8900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |