## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50257 | **DATE** | 12/16/2010 |
| **CASE TITLE** | Seipler vs. Cundiff | | |

**DOCKET ENTRY TEXT:**

The parties appeared before the court at a discovery hearing on December 15, 2010. Plaintiff's motion to extend fact discovery is granted in part.

■[ For further details see text below.]  Notices mailed by Judicial staff.

### STATEMENT

On December 15, 2010, the parties appeared before the court and presented arguments on Plaintiff's motion to extend the fact discovery deadline. The court notes that neither Plaintiff's motion or Defendants' response thereto were filed on the CM/ECF system.

After considering the parties' briefs and arguments, the court grants Plaintiff's motion in part, extending the fact discovery deadline to February 15, 2010. The court will place the following restrictions on reconvened depositions, as discussed in open court:

1. Plaintiff may depose Defendant Seith for 1.5 hours;

2. Plaintiff may depose Defendant Cundiff for 3 hours;

3. Plaintiff may depose Deputy Tutt for an additional 1 hour;

4. Plaintiff may depose Deputy Pyle for an additional 2.5 hours;

5. Plaintiff may depose Dr. Meyer for 1 hour;

6. Plaintiff may depose Janet Weech for an additional 30 minutes;

7. Defendants may depose Deputy Milliman for an additional 3 hours. Plaintiff may depose Deputy Milliman for an additional 1 hour;

8. As discussed in court by the parties, Defendants are to turn over the database containing information on all citations issued to Plaintiff by December 31, 2010.

Each party has until December 22, 2010 to submit to the court relevant case law and a brief explanation as to whether the briefs and filed documents relating to Plaintiff's motion should be filed under seal with the court. The Magistrate Judge will rule.

| | Courtroom Deputy Initials: | BTJ |
|---|---|---|