# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| ZANE SEIPLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 C 50257 |
| ) | |
| CAPTAIN ANTON CUNDIFF, ) | |
| LIEUTENANT JOHN MILLER #1431, ) | |
| LIEUTENANT WILLIAM LUTZ, ) | |
| SERGEANT POPOVITS, KATHLEEN ) | |
| SIETH, KEITH NYGREN, individually and ) | |
| in his official capacity as SHERIFF OF ) | |
| MCHENRY COUNTY, and the COUNTY ) | |
| OF MCHENRY, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

TO:   See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on the 29th day of December 2010, at 1:30 p.m., I shall appear before the Honorable Magistrate Judge P. Michael Mahoney in the courtroom where he usually presides, Courtroom 206, or before anyone sitting in his stead, in the United States District Court, Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois, 61101, and then and there present **Defendants' Motion To Withdraw Appearance of Sara M. Cliffe**, a copy of which is hereby served upon you using the CM/ECF system.

/s/James G. Sotos
James G. Sotos, Attorney No. 06191975
*One of the Attorneys for Defendants*

James G. Sotos
Elizabeth K. Barton
JAMES G. SOTOS & ASSOCIATES, LTD.
550 E. Devon Ave., Suite 150
Itasca, IL 60143
630-735-3300
jsotos@jsotoslaw.com

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746, and that I electronically filed a complete copy of the foregoing **Motion to Withdraw Appearance of Sara M. Cliffe** with the Clerk of the Court on December 20, 2010 using the CM/ECF system, which will send notification of such filing to the following attorneys: Blake Horwitz, Uma Bansal and Dan Z. Dorfman

/s/James G. Sotos
James G. Sotos, Attorney No. 06191975
*One of the Attorneys for Defendants*