**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| ZANE SEIPLER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 50257 |
| | ) | |
| vs. | ) | Judge Frederick J. Kapala |
| | ) | |
| CAPTAIN ANTON CUNDIFF, *et al.,* | ) | Magistrate Judge P. Michael Mahoney |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION TO WITHDRAW**

Attorneys Stephen E. Balogh and Laura D. Mruk move this Court for entry of an order allowing the withdrawal of their appearances in this matter. In support of this motion, the movants state as follows:

1. The moving attorneys entered their appearances for purposes of filing a motion for protective order pursuant to Fed. R. Civ. P. 26(c) on behalf of non-parties, Jeremy Bruketta, Christopher Jones, and Gregory Pyle.

2. The Court heard the motion and entered a protective order allowing but limiting the time and scope of the depositions of all three non-party witnesses.

3. All three non-party witnesses have now been deposed in accordance with the Courtôs order and the reason for the entry of appearances by movants has been fulfilled.

4. The movants have consulted with counsel for the parties and there is no objection to the filing of this motion.

For all of the foregoing reasons, it is respectfully requested that the Court allow the withdrawal of appearances of Stephen E. Balogh and Laura D. Mruk.

/s/ Stephen E. Balogh

Attorney for non-parties
JEREMY BRUKETTA, CHRISTOPHER JONES, & GREGORY PYLE
WilliamsMcCarthy LLP
120 W. State St., Suite 400
Rockford, IL 61101
Telephone: (815) 987-8946
E-mail: sbalogh@wilmac.com

CERTIFICATE OF LAWYER

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, the undersigned certifies that on December 27, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

Blake Wolfe Horwitz
The Blake Horwitz Law Firm, Ltd.
20 S. Clark Street, Suite 500
Chicago, IL 60603

James Gus Sotos
James G. Sotos & Associates, Ltd.
550 East Devon, Suite 150
Itasca, IL 60143

/s/ Stephen E. Balogh
Attorney for non-parties
JEREMY BRUKETTA, CHRISTOPHER JONES, & GREGORY PYLE

WilliamsMcCarthy LLP
120 W. State St., Suite 400
Rockford, IL 61101
Telephone: (815) 987-8946
E-mail: sbalogh@wilmac.com