*Seipler v. Cundiff, et al.*
Case No. 08 CV 50257

# Exhibit B

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                     WESTERN DIVISION
 3
      ZANE SEIPLER,                      )
 4                                       )
           Plaintiff,                    )
 5                                       )
              vs.                        )  No. 08 CV 50257
 6                                       )
      CAPTAIN ANTON CUNDIFF; LIEUTENANT  )
 7    JOHN MILLER #1431; LIEUTENANT      )
      WILLIAM LUTZ; SERGEANT POPOVITS;   )
 8    KATHLEEN SIETH; KEITH NYGREN,      )
      individually and in his official   )
 9    capacity as SHERIFF OF McHENRY     )
      COUNTY; and the COUNTY OF McHENRY, )
10                                       )
           Defendants.                   )
11
12             The deposition of JANET WEECH, called by
13   the Plaintiff for examination, pursuant to notice and
14   pursuant to the Federal Rules of Civil Procedure for
15   the United States District Courts pertaining to the
16   taking of depositions, taken before Sally A. Lavin,
17   Certified Shorthand Reporter, at 550 East Devon
18   Avenue, Suite 150, Itasca, Illinois commencing at
19   2:29 p.m. on the 6th day of December, A.D., 2010.
20
21
22
23
24
```

1    A.   No.

2    Q.   What was the data that was submitted to IDOT

3    for 2004 to 2007?

4    A.   Records of all traffic stops.  That would be

5    traffic citations, warnings, written warnings, and

6    verbal warnings.

7    Q.   It was all the traffic stops for each

8    officer?

9    A.   It was all traffic stops containing racial

10   profiling information, not all traffic stops, ones

11   that contained the racial profiling information.

12   Q.   So whenever a citation was issued?

13   A.   If it contained racial profiling

14   information.

15   Q.   So are all tickets -- Are there any tickets

16   that are traffic tickets that are issued that do not

17   contain racial profiling information?

18   A.   Yes.

19   Q.   Like what?

20   A.   Generally if a traffic accident is involved.

21   I don't know all the parameters if it was a traffic

22   incident.  If it was involved in a traffic stop, the

23   information should be there.

24   Q.   What if, for example, it's a type of stop

JENSEN
25   REPORTING (312) 236-6936

1  where the person did not have a valid driver's
2  license?
3      A.  I would assume so, yeah.  If it was a
4  traffic stop, that's all I know about.  I am not a
5  police officer, so I don't do the patrol side.  All I
6  have is the records of it.  And if the information is
7  on the citation, it's entered and it's transmitted to
8  the State.  If it's not there, the State doesn't take
9  the citations that don't contain the racial profiling
10 information or the warnings or --
11     MR. HORWITZ:  How do you want to match what she
12 doesn't know in any particular way?
13     MS. BARTON:  What do you mean?
14     MR. HORWITZ:  What she doesn't know about it is
15 what generates a ticket.
16     MS. BARTON:  What she doesn't know is the
17 reason why -- all the reasons that racial profiling
18 information may not have been filled out on the back
19 of a ticket.
20     MR. HORWITZ:  Because she doesn't know what would
21 give rise to a ticket.
22     MS. BARTON:  Exactly.  So when the records
23 department receives the citation, they enter the
24 information into a database, and whatever they are            JENSEN
25 REPORTING (312) 236-6936

1    presented with, whether it has racial profiling

2    information or not.  She doesn't know the reason why.

3    I am sure she could provide you with examples of

4    citations that doesn't include racial profiling

5    information.

6        MR. HORWITZ:  All right.  Fine.

7    BY MR. HORWITZ:

8        Q.  What examples of citations that don't

9    include racial profiling information?

10       A.  Like I said, the traffic accident, but I

11    don't know all of the situations.  I only can tell you

12    I believe it's all traffic stops initiated by the

13    deputies.

14       Q.  So theoretically, for example, if an

15    individual -- if there were two individuals involved

16    in a traffic stop and one person did not commit a

17    traffic infraction, the person that did not commit a

18    traffic infraction may not receive a citation.  Since

19    that person does not receive a citation, that would

20    not be information attributable to racial profile

21    concerning that person; is that what you mean?

22       A.  And the other person who did receive the

23    citation -- if the other person received a citation,

24    racial profiling is not done on those.  Those are not    JENSEN

25    REPORTING (312) 236-6936

1    traffic stops.  Those are an incident that occurred
2    and the deputy came to -- it occurred prior to the
3    traffic.  It's not an officer-initiated stop.
4         Q.   Yeah, but that could as well be -- I see
5    what you are saying.
6              But there also could be a ticket given to a
7    person who has a citation?
8         A.   Right.
9         Q.   In that instance where a ticket is given to
10   that person, is it your statement that since it's not
11   an officer-initiated stop that racial profiling data
12   isn't --
13        A.   It isn't required.
14        Q.   It's not required.
15             If it's not required, the data is not
16   inputted?
17        A.   Right.
18        Q.   Is what you are saying --
19        MS. BARTON:  It's not inputted where?  I object
20   to the form.
21   BY MR. HORWITZ:
22        Q.   That information would not be inputted into
23   the technology that's submitted to IDOT?
24        A.   Right.  If it's not on the citation or the                    JENSEN
25   REPORTING (312) 236-6936

1   warning or the stop card or whatever.

2       Q.   So what you are saying are officers are not

3   required to fill out racial profiling data with

4   regards to traffic scenarios that do not concern

5   officer initiated stops; is that correct?

6       A.   That's correct.

7       Q.   Is racial profiling designed, as you

8   understand it, to deal with scenarios where an officer

9   initiates the stop; is that correct?

10      A.   That's correct.

11      MR. HORWITZ:  I am amazed how it is that

12  depositions can go very smoothly.  It's just

13  incredible.

14      MS. BARTON:  So is it clear how the information

15  is inputted and then submitted to IDOT?

16  BY MR. HORWITZ:

17      Q.   As I understand what Mrs. Weech is saying is

18  that if the traffic stop is not officer initiated,

19  then there is no reason to put racial profiling data

20  information on the back of the ticket.  Therefore, in

21  those instances, the data will not be uploaded to

22  IDOT, right?

23      A.   That's correct.

24      Q.   So would it be accurate to say then that for            JENSEN

25  REPORTING (312) 236-6936

1   all scenarios where officer-initiated stops occur, the
2   data must be -- the data is received by the department
3   members and then uploaded to IDOT?
4       A.   If the racial profiling is on the citation
5   or the warning, yeah, the information is then -- they
6   don't -- the -- they don't want the information where
7   racial profiling is not a part of it.
8       Q.   And you are not in any way, shape, or form
9   responsible for tracking that officers properly
10  document racial profiling, are you?
11      A.   No.
12      Q.   What is your job exactly?
13      A.   Pardon me?
14      Q.   What is your job?
15      A.   Records coordinator and civil process
16  coordinator.
17      Q.   What does that mean?
18      A.   All the sheriffs' records -- I keep track of
19  all the sheriffs' records.  That would be all the
20  deputies records, actually -- actual law enforcement
21  records, not administrative records.
22      Q.   Why do you keep track of them?  Why is it
23  you keep track of them?
24      A.   It's required.                JENSEN REPORTING (312) 236-6936

1     actual record. And one of my clerks was -- did very

2     close audits on all of those tickets, too.

3         Q.    What do you mean?

4         A.    She would look to make sure that everything

5     that she had was entered like one didn't get missed or

6     whatever. She took care of that.

7         Q.    If an officer generates multiple tickets

8     with regards to a stop, will all the tickets get put

9     into there?

10        A.    Yes.

11        Q.    So if an officer generates -- let's say

12    there is a stop and there is a speeding ticket, and in

13    that speeding ticket there is a ticket for I think

14    obstruction of the windshield and a ticket for not

15    having a valid insurance, will all three tickets be

16    submitted to IDOT?

17        A.    If they have racial profiling information

18    filled out on the back, the clerks would enter those.

19    If -- On occasion the State has said there were

20    multiple tickets. When I send -- after the ticket is

21    entered into the program, I will take a week's time

22    period or one of my clerks will take a week's time

23    period, and we will convert that data to the State

24    website, and the State will kick back if there is an       JENSEN

25    REPORTING (312) 236-6936

1   error, if -- on the racial profiling. And only the
2   records that contain racial profiling go over and --
3       MS. BARTON:  Go over to the State.
4   BY THE WITNESS:
5       A.  Go over to the State. Those are the only
6   ones. The program we have -- we have a program that
7   grabs the racial profiling record, the ones with
8   racial profiling to upload to the State. If the
9   State -- when I try to send those over to the State,
10  if there is an error or something within the record,
11  the State will -- won't let the whole batch go and
12  will outline which ones have errors. And we will go
13  back and look at the record and see where the error
14  might be.
15          On occasion when there are multiple tickets
16  and racial profile is done on multiple tickets rather
17  than on just one of the group, it will just -- it will
18  accept all the records and say there were X amount of
19  multiples, meaning that they usually only take one
20  traffic stop for the profiling information. But if
21  the officer put profiling information on more than one
22  ticket within that stop for that individual, the State
23  program recognizes that there should only be one
24  citation for that and kicks it back. That's my                        JENSEN
25  REPORTING (312) 236-6936

1          MS. BARTON:   Which is what we gave you.

2          MR. HORWITZ:   I don't know if it's limited to

3    that.

4                    (Discussion off the record.)

5    BY MR. HORWITZ:

6          Q.   What is this other database that the

7    department has relative to --

8          A.   It's the records management system that all

9    citations are entered into.  It's the same database

10   that -- we have another program that takes the racial

11   profiling from to send to the State, but not on all of

12   the records.

13         Q.   So what is the database?  What does it

14   contain?

15         A.   It contains our arrest records, our incident

16   reports, our -- it's our records management system.

17   It's a system that's used.

18         Q.   Would it contain all the tickets issued by

19   officers?

20         A.   If they were entered into it, yes.

21         Q.   Is there a reason why they wouldn't be

22   entered?

23         A.   No.  The voided wouldn't be entered, the --

24   no.  That would be the only ones.         JENSEN REPORTING (312) 236-

25   6936

1      MR. HORWITZ:  I would like that.  I think we have
2   asked for it in different ways.  I mean, we did ask
3   for it in an interrogatory a list of -- for all
4   sheriff's deputies employee identify every traffic
5   stop for the last three years with respect to each,
6   identify the location of the stop, the individual
7   responsible for effecting the stop, the date of the
8   stop, the race -- the race of the individual stopped
9   by the employee, the race of the deputy, whether or
10  not a particular citation was issued, and the basis
11  for the stop.  That was an interrogatory.  That
12  interrogatory would refer to that.  They would not
13  necessarily refer to the IDOT.
14     MS. BARTON:  Just to be clear, you are requesting
15  a list or a --
16     MR. HORWITZ:  What I would request is all the
17  data from the database that they have.
18     MS. BARTON:  From the entire database.
19     MR. HORWITZ:  No, that which relates to traffic
20  stops.  And it would be every field that exists, every
21  column that you would see in an Excel spreadsheet
22  without limitation.
23     MS. BARTON:  For which years?
24     MR. HORWITZ:  2004, 2008.                JENSEN REPORTING (312) 236-6936

1          MS. BARTON:  Through 2008?

2          MR. HORWITZ:  (Nodding head.)

3     BY MR. HORWITZ:

4          Q.   Is that difficult to produce?

5          A.   You are asking for all citation records for

6     all traffic stop records for those years.  It's just a

7     lot of records.

8          Q.   But, I mean, it's all in a database?

9          A.   It is in a database.

10         Q.   Why would that be a big deal to generate, or

11    would that be a big deal to generate?

12         A.   Not everything we have -- Well, we might

13    have a report that I can run.  If not, I can have one

14    written.

15         Q.   I don't want a report.  I just want the

16    data.

17         A.   That's what I mean, something that will give

18    you the data.

19         Q.   But I want the raw data, not a report.

20         A.   You want --

21         Q.   Like the Excel spreadsheet is like a raw

22    data.

23         A.   That includes every entry on each stop.

24         Q.   I am looking for the raw data, not a report,                    JENSEN

25    REPORTING (312) 236-6936

1      which is actually on paper, it's not the raw data.

2              What's the name of the software database you

3      guys use?

4          A.    It's HTE Crimes.  It's a County wide program

5      that we use.

6          Q.    Do you know if the data can be exported into

7      an Excel spreadsheet?

8          A.    Yes.

9          Q.    That's what I want exported into an Excel

10     spreadsheet.

11         A.    And all fields.

12         Q.    Regarding all traffic stops.

13         A.    Stops.

14         Q.    So that can be done?

15         A.    Yes.

16         Q.    It will contain the multiples?

17         A.    Yes.

18         Q.    How often is that database updated, weekly?

19         A.    What do you mean?  I am sorry.

20         Q.    How often is that database updated?

21         MS. BARTON:  Objection to the form.  What do you

22     mean, updated?

23     BY MR. HORWITZ:

24         Q.    How often is data put into that database?           JENSEN

25     REPORTING (312) 236-6936