*Seipler v. Cundiff, et al.*
Case No. 08 CV 50257

**Exhibit D**

```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      WESTERN DIVISION
 3
        ZANE SEIPLER,                    )
 4                                       )
                     Plaintiff,          )
 5                                       )
                vs.                      )  No. 08 CV 50257
 6                                       )
        CAPTAIN ANTON CUNDIFF;           )
 7      LIEUTENANT JOHN MILLER           )
        #1431; LIEUTENANT WILLIAM        )
 8      LUTZ; SERGEANT POPOVITS;         )
        KATHLEEN SIETH; KEITH            )
 9      NYGREN, individually and         )
        in his official capacity         )
10      as SHERIFF OF McHENRY            )
        COUNTY; and the COUNTY OF        )
11      McHENRY,                         )
                                         )
12                   Defendants.         )
13
14            The deposition of DEPUTY JEREMY BRUKETTA,
15      called by the Plaintiff for examination, taken pursuant
16      to notice and pursuant to the Federal Rules of Civil
17      Procedure for the United States District Courts
18      pertaining to the taking of depositions, taken before
19      Kara L. Grubbs, Certified Shorthand Reporter, and Notary
20      Public, at 550 East Devon, Suite 150, Itasca, Illinois,
21
22      commencing at 10:00 a.m. on the 7th day of December,
23
24      A.D., 2010.
```

```
1                    (A short break was had.)

2    BY MR. HORWITZ:

3        Q.   All right.  Here's an example of information I

4    received from the County with regards to stops that you

5    generated in 2008, okay?

6        A.   Okay.

7        Q.   And looking at it by date, do you think

8    that -- Okay.  You've expressed that you were using a

9    method to discern race which is one where in 2008 you

10   weren't going to ask somebody their race, but if they

11   told you they were Hispanic you would put it down;

12   otherwise, with regards to Hispanics, you would either

13   indicate they're Caucasian -- or, actually, you would

14   just indicate they're Caucasian unless they told you

15   otherwise; is that basically it?

16       A.   Yes.

17       Q.   So I'm going to give you some names here based

18   upon data that I've received, and I'm representing to

19   you under oath this is data that I've received from the

20   County.  I haven't altered the data at all other than

21   organized it, okay?

22       A.   Okay.

23       Q.   So tell me if these individuals fall within

24   that method you just used.
```

```
 1                      (Discussion off the record.)

 2      BY MR. HORWITZ:

 3          Q.   Here are the names.  Ready?  January 5th,

 4      2008, Noe Miranda.

 5               Do you think that person may fit within that

 6      paradigm that you just mentioned?

 7          MR. BALOGH:  I'm just going to make a standing

 8      objection to the extent that this calls for speculation,

 9      if you're asking him to remember what he did in this

10      case January 5th, 2008.

11      BY MR. HORWITZ:

12          Q.   I'm not.

13               Let's do it this way:  Does Noe Miranda sound

14      like a Hispanic name to you?

15          A.   Yeah.

16          Q.   How about Alysia Zaba?

17          A.   Yes.

18          Q.   Mota Salvador?

19          A.   Yes.

20          Q.   Gerrardo O'Campo?

21          A.   Yes.

22          Q.   Anastasia Cotto?

23          A.   Yes.

24          Q.   Alfonso Albarca?
```

```
 1                      (Discussion off the record.)

 2     BY MR. HORWITZ:

 3          Q.   Here are the names.  Ready?  January 5th,

 4     2008, Noe Miranda.

 5               Do you think that person may fit within that

 6     paradigm that you just mentioned?

 7          MR. BALOGH:  I'm just going to make a standing

 8     objection to the extent that this calls for speculation,

 9     if you're asking him to remember what he did in this

10     case January 5th, 2008.

11     BY MR. HORWITZ:

12          Q.   I'm not.

13               Let's do it this way:  Does Noe Miranda sound

14     like a Hispanic name to you?

15          A.   Yeah.

16          Q.   How about Alysia Zaba?

17          A.   Yes.

18          Q.   Mota Salvador?

19          A.   Yes.

20          Q.   Gerrardo O'Campo?

21          A.   Yes.

22          Q.   Anastasia Cotto?

23          A.   Yes.

24          Q.   Alfonso Albarca?
```

```
 1          A.    Yes.

 2          Q.    Marco Gonzalez?

 3          A.    Yes.

 4          Q.    Hermen Gildotellez?

 5          A.    Yes.

 6          Q.    Ricardo Reyes?

 7          A.    Yes.

 8          Q.    Raul Sanchez?

 9          A.    Yes.

10          Q.    Jesus Flores?

11          A.    Yes.

12          Q.    Victor Sotres?

13          A.    Yes.

14          Q.    Anna Palmer?

15          A.    Yes.

16          Q.    Hermenes Platello?

17          A.    Yes.

18          Q.    Juan Garza?

19          A.    Yes.

20          Q.    Omar Nunez?

21          A.    Yes.

22          Q.    Jose Tellas?

23          A.    Yes.

24          Q.    Roberto Solano?
```

```
 1        A.    Yes.

 2        Q.    Jose Rojas?

 3        A.    Yes.

 4        Q.    Edgar Estrada?

 5        A.    Yes.

 6        Q.    Cesar Salas?

 7        A.    Yes.

 8        Q.    Hector Scavarios?

 9        A.    Yes.

10        Q.    Arthur Vasquez?

11        A.    Yes.

12        Q.    Enrique Mora?

13        A.    Yes.

14        Q.    Now here's one, Emmanuel Gonzalez.  It's

15   indicated Hispanic, which would suggest that you wrote

16   down Hispanic on the ticket.

17             Does that mean that you had a conversation

18   with him where he told he was Hispanic or something like

19   that?

20        A.    It's from May of '08.  I have no idea.  I'm

21   assuming that we had a discussion at some point, yeah.

22        Q.    All right.  And the same would apply to

23   Elcuterio Escobar?

24        A.    Yes.
```

```
 1          Q.    And Hubana -- Okay.  And so that means --
 2    They're both indicated Hispanic, which would suggest to
 3    you that it was proffered by them, the information came
 4    from them that they're Hispanic, right?
 5          A.    At some point.
 6          Q.    Hubana Hernandez --
 7          A.    Yes.
 8          Q.    -- Hispanic name?
 9          A.    Yes.
10          Q.    Juan Paredes, Hispanic name?
11          A.    Yes.
12          Q.    Magdalena Radilla, Hispanic name?
13          A.    Yes.
14          Q.    Leticia Guajardo, Hispanic name?
15          A.    Yes.
16          Q.    And -- We'll go to the next one.  Antonio
17    Guaderrama?
18          A.    Yes.
19          Q.    Edgar Herrera?
20          A.    Yes.
21          Q.    Jose Nunez?
22          A.    Yes.
23          Q.    Gerrardo Maldonado?
24          A.    Yes.
```

```
1          Q.    Steven Espinosa?

2          A.    Yes.

3          Q.    Lidia Sanchez?

4          A.    Yes.

5          Q.    Here it is, a Hispanic reference that would

6     suggest that that information was proffered to you by

7     Lidia Sanchez?

8          A.    Yes.

9          Q.    Cynthia Abriano?

10         A.    Yes.

11         Q.    Joshua Espinosa?

12         A.    Yes.

13         Q.    Sharon Gonzalez?

14         A.    Yes.

15         Q.    Pisala Villanueva?

16         A.    Yes.

17         Q.    Sergio Reda?

18         A.    Yes.

19         Q.    Roberto Gonzalez?

20         A.    Yes.

21         Q.    Anthony Quintana?

22         A.    Yes.

23         Q.    Elizelda Velasquez?

24         A.    Yes.
```

1      Q.    Rogelio Hernandez?

2      A.    Yes.

3      Q.    Tony Gutierez?

4      A.    Yes.

5      Q.    Alexia Gonzalez?

6      A.    Yes.

7      Q.    Gabriel Diaz?

8      A.    Yes.

9      Q.    Marselo Garduno?

10     A.    Yes.

11     Q.    Alex Hernandez?

12     A.    Yes.

13     Q.    Roma Ojella?

14     A.    Yes.

15     Q.    Vanesio Solates?

16     A.    Yes.

17     Q.    Rachel Hernandez?

18     A.    Yes.

19     Q.    Javier Nuncio?

20     A.    Yes.

21     Q.    Cantino Osidio?

22     A.    Yes.

23     Q.    Mark Martinez?

24     A.    Yes.

1       Q.   Panteneo Gonzalez?

2       A.   Yes.

3       Q.   I'm skipping this one.  You put down Native

4   American for Ronald Rios.

5           Next is Luis Contreras?

6       A.   Yes.

7       Q.   Fidel Sanchez?

8       A.   Yes.

9       Q.   Jerry Guzman?

10      A.   Yes.

11    MR. BALOGH:  Just for the record, there was one,

12   Pedro Sorreno shows Hispanic.  You asked him about that

13   one.

14     MR. HORWITZ:  All right.  I wasn't trying to -- If

15   I skip one, I mean, if you see me skip one, let me know.

16     MR. BALOGH:  Also, for the record, just so I'm

17   clear, these were all stops that resulted in warnings;

18   is that correct?

19     MR. HORWITZ:  Actually, you're right, those were

20   warnings; that's correct.  Now let's go for the

21   citations.

22       We can take a break for a sec.  Off the

23   record.

24

```
 1                    (Discussion off the record.)

 2     BY MR. HORWITZ:

 3          Q.   All right, back on.  We're going on to

 4     citations now.

 5               All right.  Would you agree that the following

 6     individuals to which, pursuant to the documents I

 7     received from the defendants, citations were issued by

 8     you are Hispanic.  Ready?

 9          A.   Yes.

10          Q.   Alfonso Ayala-Silva?

11          A.   Yes.

12     MS. BARTON:  I'm going to object.  Do you mean are

13     Hispanic or sound Hispanic?

14     MR. HORWITZ:  Sound Hispanic based on name.

15     BY MR. HORWITZ:

16          Q.   Ajello Alfonso?

17          A.   Yes.

18          Q.   Pisala Villanueva?

19          A.   Yes.

20          Q.   Daniel Mendoza?

21          A.   Yes.

22          Q.   Omar Gonzalez?

23          A.   Yes.

24          Q.   Rebecca Rojas?
```

```
1          A.    Yes.

2          Q.    Nari Veranas?

3          A.    Yes.

4          Q.    Luisia Sodell?

5          A.    Yes.

6          Q.    And you recognize these are all citations,

7    right?

8          A.    Yes.

9          Q.    Sarnie Coliflores?

10         A.    Yes.

11         Q.    Hyme Diaz?

12         A.    Yes.

13         Q.    Nashia Lopez?

14         A.    Yes.

15         Q.    Jay Sanchez?

16         A.    Yes.

17         Q.    Jubena Salcedo?

18         A.    Yes.

19         Q.    Aureliano Perez?

20         A.    Yes.

21         Q.    Elena Larco?

22         A.    Yes.

23         Q.    Sandra Lopez?

24         A.    Yes.
```

1      Q.   Mario Escandon?

2      A.   Yes.

3      Q.   Asidrio Perez Armador?

4      A.   Yes.

5      Q.   Victor Otto?

6      A.   Yes.

7      Q.   Elmo Martinez?

8      A.   Yes.

9      Q.   Victor Vasquez?

10     A.   Yes.

11     Q.   Veteza Raul?

12     A.   Yes.

13     Q.   Ricardo Hernandez?

14     A.   Yes.

15     Q.   Roberto Lara?

16     A.   Yes.

17     Q.   Maria Miranda?

18     A.   Yes.

19     Q.   I'm not going to distinguish -- We've already

20   gone through why they're marked as Hispanic.

21     A.   Yes.

22     Q.   All right.  David Rodriguez?

23     A.   Yes.

24     Q.   Enrique Gutierrez?

```
 1          A.    Yes.

 2          Q.    Freddy -- This is -- Well, let's assume his

 3   name is Freddy Torres-Landro.

 4          A.    Yes.

 5          Q.    Pablo Toxquizavala?

 6          A.    Yes.

 7          Q.    Jose Aguire?

 8          A.    Yes.

 9          Q.    Diemo Lando Wanda (phonetic)?

10          A.    Yes.

11          Q.    Tom Maldonado?

12          A.    Yes.

13          Q.    Jose Peralta?

14          A.    Yes.

15          Q.    Sonida Gomez?

16          A.    Yes.

17          Q.    Maria Palau?

18          A.    Yes.

19          Q.    Ricardo Reyes?

20          A.    Yes.

21          Q.    Santello Cabo?

22          A.    Yes.

23          Q.    Nalo Tapia?

24          A.    Yes.
```

```
 1          Q.   Arcangel Solis?

 2          A.   Yes.

 3          Q.   Carmelana Murrieta?

 4          A.   Yes.

 5          Q.   Miguel Detwa?

 6          A.   Yes.

 7          Q.   Rubin Achule?

 8          A.   Yes.

 9          Q.   Cortensia Slotero Jimenez?

10          A.   Yes.

11          Q.   Antonio Figueroa?

12          A.   Yes.

13          Q.   Juan Arellano?

14          A.   Yes.

15          Q.   Jose Delahoya?

16          A.   Yes.

17          Q.   Marial Canales?

18          A.   Yes.

19          Q.   Joseph Troha?

20          A.   Yes.

21          Q.   Jimmy Mendoza?

22          A.   Yes.

23          Q.   Julia Martinez?

24          A.   Yes.
```

| | | |
|---|---|---|
| 1 | Q. | Elise Martinez? |
| 2 | A. | Yes. |
| 3 | Q. | Cristian Ortiz-Flores? |
| 4 | A. | Yes. |
| 5 | Q. | Mariana Judo? |
| 6 | A. | Yes. |
| 7 | Q. | Jimiana Pesota? |
| 8 | A. | Yes. |
| 9 | Q. | Abigail Cisneros? |
| 10 | A. | Yes. |
| 11 | Q. | Juan Sophia? |
| 12 | A. | Yes. |
| 13 | Q. | Neta Movina? |
| 14 | A. | Yes. |
| 15 | Q. | Nimon Diaz? |
| 16 | A. | Yes. |
| 17 | Q. | Bernardo Esquivel? |
| 18 | A. | Yes. |
| 19 | Q. | Hispana Monosuma? |
| 20 | A. | Yes. |
| 21 | Q. | Ximena Pesada? |
| 22 | A. | Yes. |
| 23 | Q. | Abigail Cisneros? |
| 24 | A. | Yes. |

```
 1        Q.   Juan Sophia?

 2        A.   Yes.

 3        Q.   Yelena Rubina?

 4        A.   Yes.

 5        Q.   Noman Diaz?

 6        A.   Yes.

 7        Q.   Bernardo Escobar?

 8        A.   Yes.

 9        Q.   Tusana Monosuma?

10        A.   Yes.

11        Q.   Hiyo Hernandez?

12        A.   Yes.

13        Q.   Jose Bernal?

14        A.   Yes.

15        Q.   Rosalva Cortes?

16        A.   Yes.

17        Q.   Peter Papas?

18        A.   Yes.

19        Q.   Virginia Meycada?

20        A.   Yes.

21        Q.   Porse Benan Mohida?

22        A.   Yes.

23        Q.   Rolando Garcia?

24        A.   Yes.
```

| 1  | Q. | Carlos Luna? |
|----|----|--------------|
| 2  | A. | Yes. |
| 3  | Q. | Elena Ramirez? |
| 4  | A. | Yes. |
| 5  | Q. | Ontomo Sarrez? |
| 6  | A. | Yes. |
| 7  | Q. | Reynaldo Fernandez-Cardenas? |
| 8  | A. | Yes. |
| 9  | Q. | Daisy Cazares? |
| 10 | A. | Yes. |
| 11 | Q. | Jose Meleo? |
| 12 | A. | Yes. |
| 13 | Q. | Alhaheim Meleo? |
| 14 | A. | Yes. |
| 15 | Q. | JG Corona? |
| 16 | A. | Yes. |
| 17 | Q. | Fernando Rodriguez? |
| 18 | A. | Yes. |
| 19 | Q. | Victor Correa? |
| 20 | A. | Yes. |
| 21 | Q. | Rosita Shivedo? |
| 22 | A. | Yes. |
| 23 | Q. | Maria Garcia? |
| 24 | A. | Yes. |

```
1       Q.   Manuel Aguilar-Rodriguez?

2       A.   Yes.

3       Q.   Herminia Contreras?

4       A.   Yes.

5       Q.   Eberth Vargas?

6       A.   Yes.

7       Q.   Carlos Martinez?

8       A.   Yes.

9       Q.   Martha Lopez?

10      A.   Yes.

11      Q.   Jose Salas?

12      A.   Yes.

13      Q.   Carlos Gonzalez-Ortiz?

14      A.   Yes.

15      Q.   Adelle Sanchez?

16      A.   Yes.

17      Q.   Raul Aburto?

18      A.   Yes.

19      Q.   Haiman Rodriguez?

20      A.   Yes.

21      Q.   Robert Mondragon?

22      A.   Yes.

23      Q.   Okay.  Now, let me ask you a question.  If

24   these individuals, for example, like the types of
```

1          A.    That's on a data sheet, not on the front of

2    the citation.

3          Q.    So -- Okay.  The information on the data

4    sheet, was it your understanding that that information

5    on the data sheet was under oath?

6          A.    Yes.

7          Q.    So with regards to the citations or the

8    warnings, it was your understanding that the information

9    that you indicated attributable to the race of the

10   driver was under oath; is that correct?

11         A.    Yes.

12         Q.    And with reference to the race, we're talking

13   about the box that is checked that we've looked at in

14   this deposition; is that correct?

15         A.    Yes.

16         Q.    So just -- I'll take this for a sec.  Let's

17   take a look now at some other names, okay.

18               Is it accurate to say -- I'll give you a list

19   of names.  This is from 2007.  I'm going to ask you if

20   these people seem like their names are Hispanic, okay?

21         A.    Okay.

22         Q.    Jose Rodriguez?

23         A.    Yes.

24         Q.    Rashesh Odedra?

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Daniel Espinosa? |
| 3 | A. | Yes. |
| 4 | Q. | Isabel Rojas? |
| 5 | A. | Yes. |
| 6 | Q. | Maria Espinosa? |
| 7 | A. | Yes. |
| 8 | Q. | Valeria Vargas? |
| 9 | A. | Yes. |
| 10 | Q. | |
| 11 | A. | Yes. |
| 12 | Q. | Quick? |
| 13 | A. | Yes. |
| 14 | Q. | Pedro Hernandez? |
| 15 | A. | Yes. |
| 16 | Q. | Ricardo Mendes? |
| 17 | A. | Yes. |
| 18 | Q. | Santos? |
| 19 | A. | Yes. |
| 20 | Q. | Raphael Romo? |
| 21 | A. | Yes. |
| 22 | Q. | Gama Miguel Mendes Ortega? |
| 23 | A. | Yes. |
| 24 | Q. | Consuelo Marquez? |

```
1       A.   Yes.

2       Q.   Martin Herederra?

3       A.   Yes.

4       Q.   Benjamin Somajon?

5       A.    Yes.

6       Q.   William Ala Gortez?

7       A.   Yes.

8       Q.   Galileo Mario?

9       A.   Yes.

10      Q.   Armadillo Escobar?

11      A.   Yes.

12      Q.   Santos Mendoza?

13      A.   Yes.

14      Q.   Marsal Delgado Vasquez?

15      A.   Yes.

16      Q.   Christina Hernandez?

17      A.   Yes.

18      Q.   Raphael Alonso?

19      A.   Yes.

20      Q.   Hector Melasco?

21      A.   Yes.

22      Q.   Arturo Scidele?

23      A.   Yes.

24      Q.   Juan Guzman?
```

1     A.    Yes.

2     Q.    Rufo Ortiz?

3     A.    Yes.

4     Q.    Victor Nova?

5     A.    Yes.

6     Q.    Ismarel Marotine?

7     A.    Yes.

8     Q.    Bernardo Gartun?

9     A.    Yes.

10    Q.    Jose Perez?

11    A.    Yes.

12    Q.    Victor Ortega?

13    A.    Yes.

14    Q.    Ajel Cordoso?

15    A.    Yes.

16    Q.    David Salgado?

17    A.    Yes.

18    Q.    Herberto Avilla?

19    A.    Yes.

20    MS. BARTON:  Are these from 2007?

21    MR. HORWITZ:  Uh-huh.  Yes.  I'm sorry.  I'm not

22    supposed to say uh-huh; yes or no.

23    BY MR. HORWITZ:

24    Q.    I'm going to ask you to take a look at --

1    What's next, group?  Tell me if these names sound

2    Hispanic to you.

3         A.   Yes.

4         Q.   Maria Carhuana?

5         A.   Yes.

6         Q.   Miguel Carbajel?

7         A.   Yes.

8         Q.   Felix Salas?

9         A.   Yes.

10        Q.   Juan Guzman?

11        A.   Yes.

12        Q.   Anthony Aquila?

13        A.   Yes.

14        Q.   Sergio Contreras?

15        A.   Yes.

16        Q.   Maria Lopez?

17        A.   Yes.

18        Q.   Jose Rodriguez?

19        A.   Yes.

20        Q.   Barbara Gonuicos?

21        A.   Yes.

22        Q.   Edgar Lotapia?

23        A.   Yes.

24        Q.   Dora Secarilla?

```
 1          A.    Yes.

 2          Q.    Debra Rodriguez?

 3          A.    Yes.

 4          Q.    Maricio Garcia?

 5          A.    Yes.

 6          Q.    Carlos Nunez?

 7          A.    Yes.

 8          Q.    Frank Niaryel?

 9          A.    Yes.

10          Q.    Miguel Herrera?

11          A.    Yes.

12          Q.    Maria Ortiz?

13          A.    Yes.

14          Q.    Centrero Almangado Lopez?

15          A.    Yes.

16          Q.    Alfredo Mendoza?

17          A.    Yes.

18          Q.    Roman Angalla Diaz?

19          A.    Yes.

20          Q.    Alejandro Rodriguez?

21          A.    Yes.

22          Q.    Daniel Muriel?

23          A.    Yes.

24          Q.    Hector Salazar?
```

```
1        A.    Yes.

2        Q.    Margarita Fuentes?

3        A.    Yes.

4        Q.    Antonio Gonzalez?

5        A.    Yes.

6        Q.    Carmen Diaz?

7        A.    Yes.

8        Q.    Leticia Torento?

9        A.    Yes.

10       Q.    Cynthia Morales?

11       A.    Yes.

12       Q.    Ramone Maldonado?

13       A.    Yes.

14       Q.    Ramone Burrero?

15       A.    Yes.

16       Q.    George Ramirez?

17       A.    Yes.

18       Q.    Nicholas Dion Beldusa?

19       A.    Yes.

20       Q.    Jorge Morales Luna?

21       A.    Yes.

22       Q.    Garcia Hernandez?

23       A.    Yes.

24       Q.    Raul Gonzalez?
```

```
1        A.   Yes.

2        Q.   Marian Bera?

3        A.   Yes.

4        Q.   Juan Carmuel?

5        A.   Yes.

6        MR. HORWITZ:  I need about three minutes, please.

7                 (Discussion off the record.)

8   BY MR. HORWITZ:

9        Q.   All right.  You see that we have an August 14,

10  2007, arrest of Santos Lorenzo.  This is by you.  And

11  you see on the back of the ticket there's a reference to

12  him being Hispanic?

13       A.   Correct.

14       Q.   And back on the ticket where it says race, for

15  Santos Lorenzo is an example of what is -- You've

16  identified before as being under oath as to the

17  checkmark for race on a citation; is that correct?

18       A.   Correct.

19       Q.   And you did hundreds and hundreds of these in

20  2008, would you agree?  Not hundreds and hundreds of

21  Hispanics, but hundreds and hundreds of tickets which

22  contain the racial profiling data on the back of the

23  ticket, correct?

24       A.   Yes.
```

1    individual tells me that their mother or father,

2    whoever, is Hispanic.  I had one gentleman that had told

3    me that because he stayed here to raise his kid, and

4    that's how I'd end up knowing if they were Hispanic or

5    not.

6         Q.   On all the individuals to whom you gave

7    traffic citations, did you ask them the race of their

8    parents?

9         A.   No, I'm not allowed to ask them their race.

10        Q.   So you're talking about one scenario out of

11   the hundreds and hundreds of tickets you did in 2008

12   wherein somebody provided you information attributable

13   to their parents' race?

14        A.   I don't understand.

15        Q.   I don't understand why you just gave that one

16   example about that one person.  What was the purpose of

17   that?

18        A.   Because you asked me if I asked somebody their

19   race.

20        Q.   All right, let's back up.  2008 you're writing

21   out the back of traffic citations, you're indicating the

22   race of individuals.

23             How is it that you ascertained the race of

24   those individuals for purposes of racial profile data

1    generation?

2        A.    I mark them down as -- If they had a Mexican

3    tone, I'd mark them down as Whites; if they're black,

4    obviously they're Black; if it came up in conversation,

5    like I just stated the example to you that I remember

6    one individual, specifically, told me that -- I can't

7    remember if it was the mother or father, was Hispanic,

8    and he stayed here to raise his kid.  I'd mark him down

9    as Hispanic because, obviously, he told me what his race

10   was.

11       Q.    That's what you did in 2008, light skin tone,

12   White; dark skin tone, African American?

13       A.    If they're -- Yes, if they're African

14   American, African American, obviously.

15       Q.    How would you figure out if somebody's African

16   American?

17       A.    If they have black skin, they're African

18   American.

19       Q.    And how would you ever figure out whether or

20   not somebody's Hispanic in 2008 other than that one

21   scenario where you mentioned that somebody told you that

22   their parents were Hispanic?

23       A.    That's -- I don't have any other scenario, I'm

24   just -- that was an example.

1      Q.   Tell me how in 2008 you were figuring out

2  whether or not people were Hispanic that you were

3  pulling over and giving citations to.

4      A.   That's the only example I can think of.

5      Q.   All right.  So let's try it again.  In 2008

6  tell me what you would do to figure out whether or not

7  an individual was Hispanic and, therefore, take that

8  information and check off the back of the ticket

9  identifying the person as Hispanic.

10      A.   If it came up during conversation, if it came

11  up when we were, you know, by the booking at the jail,

12  whatever.  There's obviously a long time when we're

13  between the traffic stop and getting back to the jail

14  where there's time to talk, and that's when I would

15  appropriately mark what I thought was appropriate to

16  mark on the back of the ticket.

17      Q.   Okay.  And what information would you use to

18  discern whether or not the person's Hispanic and,

19  therefore, mark Hispanic on the back of the ticket?

20      A.   Like if we had a conversation, like I said.

21      Q.   Anything else besides a conversation?

22      A.   Not that I can think of.

23      Q.   So for African Americans you know you can use

24  your eyes, look at their skin color, look at their

1    this deposition, but there's about 146 people going

2    south -- and I'll show them to you -- that you did not

3    mark as Caucasian, but in this deposition you've

4    indicated that the names I've named sound Hispanic.  So

5    we're going to zip through that real quick, okay?  So

6    let's take a look at it.

7        MS. BARTON:  So, in other words, these are not all

8    of the citations he issued in 2008?

9        MR. HORWITZ:  They are.

10       MS. BARTON:  He issued a lot more --

11       MR. HORWITZ:  Oh, that is correct, not all, that is

12    correct.  I'm sorry, yes.

13       MR. BALOGH:  These are --

14       MR. HORWITZ:  All of these citations --

15       MS. BARTON:  I'm saying these are not all of the

16    citations and warnings he issued in 2008.

17       MR. HORWITZ:  But, remember, I haven't received

18    that from you guys?

19       MS. BARTON:  Yes, you have.  Remember, you --

20       MR. HORWITZ:  No, I haven't.

21       MS. BARTON:  I disagree.

22       MR. HORWITZ:  You're wrong.  Based on the research,

23    you're wrong.

24       MR. BALOGH:  I'd like to ask a question so that I

1      understand what we're looking at.  This is a list that

2      your office created based on information given to you by

3      the County which shows all of the citations written by

4      Officer Bruketta in 2008 or all of the stops by Officer

5      Bruketta in 2008 to persons with, apparently, Hispanic

6      surnames.

7          MR. HORWITZ:  And that he's agreed to in the

8      deposition are Hispanic surnames.

9          MS. BARTON:  That was my question.  So these are

10     just the ones that you pulled out that appear to be

11     Hispanic surnames.

12         MR. HORWITZ:  And that he's agreed to in the

13     deposition are Hispanic surnames.

14         MS. BARTON:  That's fine.

15     BY MR. HORWITZ:

16         Q.   All right.  So we're going to zip through

17     them.  I'll highlight the names.  We're going to go

18     south now in this database here.  We'll go from the

19     March 19th stop going south all the way to -- Let's see,

20     I don't want to do that.  All the way to -- What do we

21     got here?  It's not sorted.

22              So we're going to go from January 2nd, 2008,

23     and we're going to go all the way to December 31st,

24     okay?  Apparently you were working December 31st.  More