*Seipler v. Cundiff, et al.*
Case No. 08 CV 50257

**Exhibit F**

## DEPARTMENTAL CORRESPONDENCE

DATE: 7/22/08

SUBJECT: Response to Direct Order

TO: Sgt Schmitt     DIVISION: Patrol

FROM: Zane Seipler     DIVISION: Patrol

On 7/22/08 at 1515hrs I was ordered in writing to give the names of any deputies I have direct evidence of running 10-28's and using it as probable cause to make traffic stops. No deputy has directly told me they make traffic stops using these techniques. Any one who would admit to such an action would be aware that it is illegal to conduct traffic stops in such a manner. (Deputies in general are not stupid). I have listened to the radio and followed the activities of Dep Briketta and Dep Jones. The department may want to focus their scrutiny on these two deputies MDB activities. They have an abnormally high arrest rate. ~~[redacted] I believe April, Dep Briketta told me that he used a palm heel strike to the temple area of a man's head in order to get the man to release the hood of a car. Briketta stated after striking the man's temple he followed up with a forward strike to the man's nose~~

## DEPARTMENTAL CORRESPONDENCE

DATE: 7/22/08

SUBJECT: Response to Direct Order

TO: Sgt Schmitt    DIVISION: Patrol

FROM: Zan Sipler    DIVISION: Patrol

(In addition) On December 21, 2006 (I believe this is the correct date) Dep Stevens requested that myself and Dep Jennifer Hiadinyak pull over a green SUV in Wonder Lake. The reason Dep Stevens wanted the vehicle stopped was because the driver was a black male. Jennifer Hiadinyak was never interviewed about this event. That investigation was closed but my cooperating witness was excluded. I have since spoke with Jennifer and her memory of this event is vivid.

CONFIDENTIAL -
PURSUANT TO PROTECTIVE ORDER

DEFS. INIT. R.26 DISC. 000372

## DEPARTMENTAL CORRESPONDENCE

DATE: 7/22/08

SUBJECT: Response to Direct Order

TO: Sgt Schmitt           DIVISION: Patrol

FROM: Zane Seipler        DIVISION: Patrol

~~(Continued) The man was then sprayed with O.C. spray and arrested the way Brickette described the event. I believe the man was a active resister, not an assailant and definitely not a deadly force threat. The incident occurred at 4816 or 18 State St., Crystal Lake. If you refer to the "Activity Log" that was confiscated from my take home squad car, Unit 544, you will find greater detail. (with regards to the items confiscated from my take home~~ squad car, Unit 544, I would appreciate a inventory receipt of all items that were not directly purchased by the McHenry Co. Sheriff's Dept. I would also request those items be returned to me immediately.)

Dep. Zane Seipler

CONFIDENTIAL: Document Produced Pursuant To Protective Order Entered In Case No. 08-50257

DEFS. RESP. TO P'S RTP 002889